# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 19-31335-WRS
                                                         Chapter 13

SAMANTHA JOAN NICHOLS,

    Debtor.

## ORDER GRANTING RELIEF FROM STAY

For the reasons set forth on the record on January 14, 2021, on the Motion for Relief from Stay filed by Creditor, Camelot Properties, LLC (Doc. 46), it is

ORDERED that the motion is GRANTED. However, to the extent the Motion for Relief contains a request for waiver of the 14-day stay, that request is DENIED pursuant to Bankruptcy Rule 4001(a)(3) and Local Rule 4001-1(e)(1).

Done this 20th day of January, 2021.

                            William R. Sawyer
                            United States Bankruptcy Judge

c:    Debtor
      David Weston, Attorney for Debtor
      Larry E. Darby, Attorney for Creditor
      Sabrina L. McKinney, Trustee
      Camelot Properties, LLC