# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In Re:  
SAMANTHA JOAN NICHOLS  
2676 E THIRD ST  
MONTGOMERY, AL 36107

Case No.19-31335-WRS  
Chapter 13

Debtor

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

    MED TECH IMAGING CENTER  
    ATTN PAYROLL  
    102 MEDICAL CENTER DR  
    PRATTVILLE, AL  36066

The above employer is authorized to pay all future wages to the debtor.

Done this Monday, April 19, 2021.

*/s/ William R. Sawyer*  
William R. Sawyer  
United States Bankruptcy Judge

cc: Samantha Joan Nichols